IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY LAMAR WINSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:12cv765-WHA |
| ) | |
| UNITED STATES OF AMERICA ) | (WO) |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

In accordance with the order entered on this day,

Final Judgment is entered in favor of the Respondent, United States of America, and against the Petitioner, Anthony Lamar Winston, and this case is DISMISSED without prejudice.

DONE this 6th day of November, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE